**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISREAL RUIZ, *et al.,*<br>Plaintiffs,<br>v.<br>HOMESITE INSURANCE COMPANY,<br>Defendant. | No. 2:25-cv-1949-JAM-ICD<br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Defendant's motion to compel Plaintiffs' responses to written discovery. ECF No. 14.

Defendant served interrogatories and requests for production of documents on Plaintiffs on May 22, 2026. ECF No. 14, p. 4. To date, Plaintiffs have failed to provide any responses. *Id.* Good cause appearing, Defendant's unopposed motion to compel is granted. *See* Fed. R. Civ. P. 37(a). Plaintiffs shall serve responses to Defendant's written discovery requests without objection. *See Richmark Corp. v. Timber Falling Consultants*, 959 F.2d 1468, 1473 (9th Cir. 1992). Discovery in this case otherwise remains closed.

Based on defense counsel's declaration, ECF No. 14-1, the Court orders Plaintiffs to pay reasonable attorney's fees in the amount of $1,500.00. *See* Fed. R. Civ. P. 37(a)(5)(A).

Plaintiffs are cautioned that failure to comply with this order may result in imposition of terminating sanctions. *See* Fed. R. Civ. P. 37(b).

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's unopposed motion to compel, ECF No. 14, is GRANTED.

2. Plaintiffs shall serve written responses to Defendant's interrogatories and requests for production of documents, without objections, within 30 days of the date of this order.

3. Plaintiffs shall pay to Defendant reasonable attorney's fees in the amount of $1,500.00 within **30 days** of the date of this order.

Dated: October 27, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE